RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 27 2015
Abel Acosta, Clerk

72,337-03,04

Richard Brown Jr.
#1387146

Court of Criminal Appeals of Texas          Michael unit
P.O. Box 12308                              2664 F.M. 2054
Austin, Texas, 78711                        Tennessee Colony, Texas
                                                      25886

RE: REQUEST For Copy of MEDICAL Record AND FINDINGS OF FACTS. TR Cr. No. WO6-62942S(B) WR-22,337-04.

DEAR, Mr. ACOSTA / CCA Clerk.          20 Apr 2015

I HAVE received the card thats you sent me, I ts tell me that the Low court has answer the order that was issued by the court, But I still NEED them order OF THE FINDINGS and facts, Medical Record For MySELF. Would you please sent me the Copy, IS been since Apr 7 Seen you sent this card.

Thank you!

Richard Brown Jr.
Date: 4/20/15